THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO DURANTE, Appellant.— The defendant was not proved guilty of the crime charged beyond a reasonable doubt. Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK EISENBERG, Appellant.— No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVA GEORGE, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.

DORIS M. RAYMALEY, Respondent, v. EDWIN R. RAYMALEY, JR., Appellant.— No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.